IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER BRANSON BENNETT,

    Plaintiff,

  v.

Case No. 19-cv-108-jdp

JODY WOLF, RICHARD WOLF,
R&J WOLF, LLC., WOLF MINI-STORAGE,
AND DOES ONE TO TEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 8/13/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |